UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 23-1482-MWF(ADSx)**                              Date:  January 16, 2024

Title   **Michael Harrison v. Flame Persian Cuisine, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 25, 2023, the Court filed an Order requiring Plaintiff to show cause why this action should not be dismissed for lack of prosecution (the "OSC"). (Docket No. 12). In response to the OSC, Plaintiff filed Proofs of Service and an Application for Clerk to Enter Default. (Docket Nos. 13 and 14). On November 15, 2023, the clerk filed a Notice of Deficiency Re Application for Clerk to Enter Default. (Docket No. 15). Plaintiff then re-filed the same Proofs of Service on November 16, 2023. (Docket No. 16).

On November 22, 2023, the Court ordered Plaintiff to file a new Application for Clerk to Enter Default. (Docket No. 17). On December 1, 2023, Plaintiff filed a new Application. (Docket No. 18). On December 6, 2023, the Clerk entered default as to Defendant Flame Cuisine, Inc. (Docket No. 19). However, the clerk again filed a Notice of Deficiency Re Application for Clerk to Enter Default as to Defendants Flame Persian Cuisine and Toben Partnership. (Docket No. 20).

The Court now **ORDERS** as follows:

- The Default by Clerk as to Defendant Flame Cuisine, Inc. (Docket No. 19) is **VACATED**.
- On or before **JANUARY 26, 2024**, Plaintiff shall file Proofs of Service of the Summons, Complaint, and **ADA Disability Access Litigation/Application for Stay and Early Mediation Packet** (the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 23-1482-MWF(ADSx)**                                      Date:  January 16, 2024

Title          **Michael Harrison v. Flame Persian Cuisine, et al.**

"ADA Packet") **on ALL Defendants**.  Plaintiff was specifically ordered to do this in the Notice to Parties: ADA Disability Access Litigation (Docket No. 8), and in the OSC.  However, the Proofs of Service filed by Plaintiff (Docket Nos. 13 and 16) do not reflect service of the ADA Disability Access Litigation/Application for Stay and Early Mediation.

- Service of the Summons, Complaint and ADA Packet must satisfy the Federal Rules of Civil Procedure and California Code of Civil Procedure regarding service.

The Court will not issue further orders to show cause to remind Plaintiff to prosecute this action.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.