UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **SACV 23-1482-MWF(ADSx)**                                        Date:  March 14, 2024

Title       **Michael Harrison v. Flame Persian Cuisine, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|   Rita Sanchez   |   Not Reported   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:
            Not Present                                                  Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   On October 25, 2023, the Court filed an Order requiring Plaintiff to show cause why this action should not be dismissed for lack of prosecution (the "OSC"). (Docket No. 12).  In response to the OSC, Plaintiff filed Proofs of Service and an Application for Clerk to Enter Default.  (Docket Nos. 13 and 14).  On November 15, 2023, the clerk filed a Notice of Deficiency Re Application for Clerk to Enter Default.  (Docket No. 15).  Plaintiff then re-filed the same Proofs of Service on November 16, 2023.  (Docket No. 16).

   On November 22, 2023, the Court ordered Plaintiff to file a new Application for Clerk to Enter Default.  (Docket No. 17).  On December 1, 2023, Plaintiff filed a new Application.  (Docket No. 18).  On December 6, 2023, the Clerk entered default as to Defendant Flame Cuisine, Inc.  (Docket No. 19).  However, the clerk again filed a Notice of Deficiency Re Application for Clerk to Enter Default as to Defendants Flame Persian Cuisine and Toben Partnership.  (Docket No. 20).

   On January 16, 2024, the Court filed another Order to Show Cause.  (Docket No. 21).  The Court vacated the Default as to Defendant Flame Cuisine, Inc. and ordered Plaintiff to file new Proofs of Service of the Summons, Complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet (the "ADA Packet") on ALL Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 23-1482-MWF(ADSx)**                                Date:  March 14, 2024

Title           **Michael Harrison v. Flame Persian Cuisine, et al.**

On January 26, 2024, Plaintiff filed a Notice of Dismissal as to Defendants Flame Persian Cuisine and Toben Partnership.  (Docket No. 22).  Plaintiff also filed a Proof of Service of the Notice to Parties: ADA Disability Access Litigation packet on Defendant Flame Cuisine, Inc.

The Court now **ORDERS** as follows:

- Plaintiff shall file a new Application for Clerk to Enter Default against Defendant Flame Cuisine, Inc. **no later than March 22, 2024**.
- **Within 14 days of the Clerk's issuance of Default as to Defendant Flame Cuisine, Inc.**, Plaintiff must file a Motion for Default Judgment.  The Motion must comply with the Federal Rules of Civil Procedure, the Local Rules, and this Court's Procedures (*see* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

The Court will not issue further another order to show cause to remind Plaintiff to prosecute this action.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the responses to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.